IN THE SUPREME COURT OF THE STATE OF DELAWARE

MELVIN KELLUM, §
§
    Defendant Below, § No. 346, 2018
    Appellant, §
§ Court Below–Superior Court
    v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 0603009059 (N)
§
    Plaintiff Below, §
    Appellee. §

Submitted: March 28, 2019
Decided: May 8, 2019

**<u>ORDER</u>**

It appears to the Court that, on February 11, 2019, the Chief Deputy Clerk issued a notice to the appellant, Melvin Kellum, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Kellum responded by requesting an extension of time. The Clerk informed Kellum that his opening brief must be filed by March 28, 2019, and the notice to show cause would be held in abeyance pending receipt of his brief. Kellum failed to file his opening brief by the extended due date; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice